# L᠘ | LOCKS LAW FIRM
PLLC

110 East 55th Street
New York, New York 10022
T 212.838.3333
T 866.LOCKSLAW
F 212.838.3735
lockslaw.com

ANDREW P. BELL
abell@lockslawny.com

May 7, 2008

**MEMO ENDORSED**

*The Court will accept this Amended pleading if filed in proper form by May 8, 2008*
*Charles L. Brieant*
*5/8/08*
*USDJ*

Via Facsimile

Honorable Charles L. Brieant
United States District Court for the
 Southern District of New York
United States Courthouse
300 Quarropas Street, Room 275
White Plains, New York 10601

Re: *In Re: PepsiCo, Inc., Bottled Water Sales and Marketing Practices Litigation*
7:08-md-01903 (CLB)(MDF)

Dear Judge Brieant:

We are respectfully writing, as Your Honor's chambers directed us to do this evening, in order to inform the Court that Plaintiffs will physically file the Plaintiffs' Consolidated and Amended Class Action Complaint ("Amended Class Action Complaint") in the above-referenced MDL proceeding tomorrow morning, May 8, 2008, instead of today (when it is due) because we belatedly learned from the ECF help desk that the pleading, being in the nature of a complaint, can only be filed in paper form – not through the ECF system. We were unable to reach any personnel in the Clerk's office because it had closed.

We are serving now the executed Amended Class Action Complaint via e-mail on all Defendants in the MDL proceeding.

We thank the Court for its consideration of this request and apologize for any inconvenience.

Respectfully Yours,

Andrew P. Bell (AB 1309)

cc: All parties (via e-mail)