AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN | DISTRICT OF | NEW YORK

In re: PEPSICO, INC., BOTTLED WATER MARKETING AND SALES PRACTICES LITIGATION

This Document Relates to All Actions

**APPEARANCE**

Case Number: 7:08-md-01903 (CLB)

MDL No. 1903

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Pepsi Bottling Ventures LLC

I certify that I am admitted to practice in this court *(Pro Hac Vice)*.

| 6/11/2008 | *(signature)* |
|---|---|
| Date | Signature |

Donald H. Tucker, Jr. | (PH5853)
Print Name | Bar Number

P.O. Box 2611
Address

Raleigh | NC | 27602-2611
City | State | Zip Code

(919) 821-1220 | (919) 821-6800
Phone Number | Fax Number