UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
In re: PepsiCo, Inc., Bottled Water Sales and
Marketing Practices Litigation
-------------------------------------X

This Document Relates to All Actions
-------------------------------------X

7:08-md-01903 (CLB) (MDF)

MDL No. 1903

ECF FILING

NOTICE OF MOTION

    PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Diane Petroccione, dated June 16, 2008, and the exhibit annexed thereto, Defendants PepsiCo, Inc., The Pepsi Bottling Group, Inc., and Pepsi Bottling Ventures LLC will move this Court before the Honorable Charles L. Brieant at the United States District Court for the Southern District of New York, Courtroom 218, 300 Quarropas Street, White Plains, New York 10601, on September 11, 2008 at 10:00 a.m. or as soon as counsel may be heard, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing this action for failure to state a claim for which relief can be granted.

    PLEASE TAKE FURTHER NOTICE that responsive papers, if any, are due on July 17, 2008, and reply papers, if any, are due on August 7, 2008.

Dated: June 16, 2008
       New York, New York

                        By:    /s/ Louis M. Solomon
                              Louis M. Solomon (LS 7906)
                              Michael S. Lazaroff (ML 0149)
                              Jennifer L. Jones (JJ 5987)
                              Patrick J. Dempsey (PD 8372)
                              PROSKAUER ROSE LLP
                              1585 Broadway
                              New York, NY 10036
                              (212) 969-3000

lsolomon@proskauer.com
*Attorneys for Defendants PepsiCo, Inc. and The Pepsi Bottling Group, Inc.*

   /s/ Donald H. Tucker, Jr.
Donald H. Tucker, Jr.*
James M. Parrot (JP 5297)
SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP
2500 Wachovia Capitol Center
Raleigh, NC 27602
(919) 821-6681
dtucker@smithlaw.com
*Attorneys for Defendant Pepsi Bottling Ventures LLC*
(*admitted *pro hac vice*)

TO:   Seth R. Lesser (SR 5560)
Andrew P. Bell (AB 1309)
LOCKS LAW FIRM PLLC
110 East 55th Street
New York, New York 10022
(212) 838-3333
*Lead Counsel for Plaintiffs*

Jeffrey A. Klafter (JK 0953)
KLAFTER & OLSEN LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10605
(914) 997-5656
*Liaison Counsel for Plaintiffs*