UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re: PepsiCo, Inc., Bottled Water Sales and
Marketing Practices Litigation
------------------------------------------------------------X

7:08-md-01903 (CLB) (MDF)

MDL No. 1903

## DECLARATION OF DIANE PETROCCIONE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

DIANE PETROCCIONE, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am the Senior Manager, Scientific Regulatory Affairs, of Defendant PepsiCo, Inc. and submit this declaration on the basis of personal knowledge in support of the Motion to Dismiss by Defendants PepsiCo, Inc, The Pepsi Bottling Group, Inc and Pepsi Bottling Ventures LLC.

2. I have worked for PepsiCo, Inc. continuously since February 2001. During that time, the words "purified drinking water" have always appeared prominently on the front of the label of PepsiCo's Aquafina brand bottled water ("Aquafina") sold throughout the United States.

3. I am attaching hereto as Exhibit A, a true and correct copy of an Aquafina label used in New York state, which is representative of the labels used on all Aquafina bottled water sold in the United States. Only the statement on the bottle's label concerning the identity of the bottler would differ in different geographical regions.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 9, 2008.

*Diane Petroccione*

# EXHIBIT A


