UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     :  7:08-md-01903 (CLB) (MDF)
In re: PepsiCo, Inc., Bottled Water Sales and :
Marketing Practices Litigation       :  MDL No. 1903
                                     :
------------------------------------X
                                     :  **ORDER**
This Document Relates to All Actions :
                                     :
------------------------------------X

      IT IS HEREBY ORDERED, that the time for the parties to submit a joint proposed Order for the Preservation of Evidence or their disputes regarding the entry of such an order, consistent with Pretrial Order No. 1, shall be extended to and include July 18, 2008.

Dated: July 7, 2008
White Plains, NY

_____
U.S.D.J. Charles L. Brieant