UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X
                                                    :    7:08-md-01903 (CLB) (MDF)

In re: PepsiCo, Inc., Bottled Water Sales and     :
Marketing Practices Litigation                       :    MDL No. 1903
                                                    :
-------------------------------------------------- X    ECF FILING
                                                      :
This Document Relates to All Actions              :    STIPULATION
                                                      :
-------------------------------------------------- X

       IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for Plaintiffs, on behalf of themselves and all others similarly situated, and PepsiCo, Inc., The Pepsi Bottling Group, Inc., and Pepsi Bottling Ventures LLC (collectively "the Defendants") that (a) Plaintiffs' time to serve any opposition to Defendants' Motion to Dismiss Pursuant to Fed. R.Civ. P. 12(b)(6) shall be extended to and include August 8, 2008; and (b) the Defendants' time to serve any reply affidavits and memoranda of law shall be extended to and include September 26, 2008.

AGREED and STIPULATED

July 25, 2008
New York, NY

By: _____

*Attorneys for Defendants PepsiCo, Inc. and The Pepsi Bottling Group, Inc.*

Louis M. Solomon (LS 7906)
Michael S. Lazaroff (ML 0149)
Jennifer L. Jones (JJ 5987)
Patrick J. Dempsey (PD 8372)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
(212) 969-3000
lsolomon@proskauer.com

AGREED and STIPULATED

<u>July 25</u>, 2008
Raleigh, NC

*Attorneys for Defendant Pepsi Bottling Ventures LLC*

By: <u>Donald Tucker /PJD</u>
Donald H. Tucker, Jr.*
James M. Parrot (JP 5297)
SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP
2500 Wachovia Capitol Center
Raleigh, NC 27602
(919) 821-6681
dtucker@smithlaw.com
(*admitted *pro hac vice*)

AGREED and STIPULATED

<u>July 25</u>, 2008
New York, NY

*Lead Counsel for Plaintiffs*

By: _____
Seth R. Lesser (SR 5560)
Andrew P. Bell (AB 1309)
LOCKS LAW FIRM PLLC
110 East 55th Street
New York, New York 10022
(212) 838-3333

AGREED and STIPULATED

<u>July 25</u>, 2008
White Plains, NY

*Liaison Counsel for Plaintiffs*

By: _____
Jeffrey A. Klafter (JK 0953)
KLAFTER & OLSEN LLP
1311 Mamaroneck Avenue, Suite 220
White Plains, NY 10605
(914) 997-5656

SO ORDERED:
_____, 2008
White Plains, NY

_____
U.S.D.J.

2